IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

KATHLEEN DUNLAP as personal representative of the estate of James Ross Dunlap, Jr., deceased; KATHLEEN DUNLAP,

No. 3:17-cv-01749-YY

Plaintiffs,

v.

CITY OF SANDY and LUKE HODGES,

ORDER

Defendants.

HERNÁNDEZ, District Judge:

Magistrate Judge You issued a Findings and Recommendation [45] on June 7, 2019, in which she recommends the Court grant Defendants' motion to dismiss with prejudice. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v.*

1 - ORDER

*Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles de novo, the Court finds no error

CONCLUSION

The Court adopts Magistrate Judge You's Findings and Recommendation [45]. Accordingly, Defendants' motion to dismiss [38] is GRANTED and this case is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 9 day of October, 2019.

MARCO A. HERNÁNDEZ
United States District Judge