IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KATHLEEN DUNLAP, personal representative of the Estate of James Ross Dunlap, Jr., deceased, and KATHLEEN DUNLAP, individually,

        Plaintiffs,

v.

CITY OF SANDY and LUKE A. HODGES,

        Defendants.

No. 3:17-cv-01749-YY

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge You issued a Findings and Recommendation on March 8, 2023, in which she recommends that the Court deny Defendants' motion for summary judgment. F&R, ECF 89. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 – ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge You's Findings and Recommendation [89]. Accordingly, Defendants' Motion for Summary Judgment [66] is DENIED.

IT IS SO ORDERED.

DATED: March 29, 2023.

*Marco Hernandez*
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER